```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                             CASE NO. 06 B 10317
   SABRINA M MARTIN
                                                   CHAPTER 13

                                                   JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-0642


--------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/22/06 and confirmed on 11/17/06.

   2.  The case was dismissed after confirmation, 12/12/2008.

   3.  The Debtor paid a total of $  19325.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| GMAC RESCAP LLC | NOTICE ONLY | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 5836.01 | .00 | 5836.01 |
| TOWNE CENTRE PARC ASSOC | SECURED | 3167.63 | .00 | 3167.63 |
| WILSHIRE CREDIT CORP | SECURED | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | 1500.00 | .00 | 1500.00 |
| INTERNAL REVENUE SERVICE | SECURED | 2107.88 | .00 | 1464.00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 3150.63 | .00 | .00 |
| BMG MUSIC | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | .00 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | 765.17 | .00 | .00 |
| HEALTHCARE FOR WOMEN | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2294.85 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1540.20 | .00 | .00 |
| FEDERATED MACYS | UNSECURED | 1575.91 | .00 | .00 |
| MCI WORLDCOM | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SCOTTSDALE POLICE | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 716.85 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| INTERNAL REVENUE SERVICE | PRIORITY | 12488.05 | .00 | 3611.92 |
| CAPITAL ONE BANK | UNSECURED | 355.46 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1445.96 | .00 | 836.46 |
| ILLINOIS DEPT REVENUE | UNSECURED | 300.96 | .00 | .00 |

           Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      12611.52      13934.01      10700.03          .00      37245.56
PRINCIPAL PAID          11967.64       4448.38           .00          .00      16416.02
INTEREST PAID                .00           .00           .00          .00            .00
TOTAL PAID              11967.64       4448.38           .00          .00      16416.02
```

The Debtor's attorney, GLEASON & MACMASTER         , was allowed $   2500.00
and was paid $    501.00   direct and $   1999.00   through the plan.

The Trustee received $     909.98 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/11/09                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE


                                    PAGE   2
              CASE NO. 06 B 10317 SABRINA M MARTIN